

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00729-CV

**STATE FARM MUTUAL AUTOMOBILE ASSOCIATION,**
Appellant

v.

Veatrice **COOK,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21431
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

    Appellee's motion for extension of time to file her brief is GRANTED. Appellee's brief is due on **March 4, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court